BRENARD MFG. CO. *v.* BROWN.

(Division A. Jan. 28, 1929.)

[120 So. 182. No. 27384.]

*Teat & Cox,* for appellant.

Smith, C. J.   The court below should not have granted the appellee's request for a peremptory instruction, as on the evidence the appellant was entitled to recover. The ground of the court's ruling is not apparent, and no brief has been filed by the appellee pointing it out.   The appellant did not ask for a peremptory instruction; consequently, we cannot render judgment for it here.

*Reversed and remanded.*